No. 08-1448. Arnold Schwarzenegger, Governor of California, et al., Petitioners v. Entertainment Merchants Association, et al.

559 U.S. 1092, 130 S. Ct. 2398, 176 L. Ed. 2d 784, 2010 U.S. LEXIS 3573.

April 26, 2010. Motion of California State Senator Leland Y. Yee, et al. for leave

to file a brief as amici curiae out of time denied. Petition for writ of certiorari to the United States Court of Appeals for Ninth Circuit granted.

Same case below, 556 F.3d 950.